**Order entered December 13, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00768-CV

## IN RE C.D., F.D. AND L.C., Relators

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-12390**

## ORDER
Before Justices Schenck, Nowell, and Garcia

Before the Court is relator's September 3, 2021 petition for writ of mandamus. We request that relators file a reply, if any, to real party in interest's November 5, 2021 response by **December 28, 2021**.

/s/     DAVID J. SCHENCK
        JUSTICE